UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANICE PORTER,

    Plaintiff,

v.                                                      CASE NO: 8:13-cv-2547-T-26EAJ

SYNOVUS BANK and CATHY SWANSON,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is ordered and adjudged that the Defendant Swanson's Motion for Summary Judgment (Dkt. 20) is stricken *sua sponte* pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered December 5, 2013, at docket 12, for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on November 11, 2014.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record