UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JANICE PORTER,

      Plaintiff,

v.                                   CASE NO: 8:13-cv-2547-T-26EAJ

SYNOVUS BANK and CATHY
SWANSON,

      Defendants.

_____/


## O R D E R

      **UPON DUE CONSIDERATION** of the parties' submissions, it is ordered and adjudged

that the Plaintiff's Motion for Relief Under Federal Rule of Civil Procedure 56(d) (Dkt. 29) is

granted but only to the extent that her response to the Defendant Swanson's Motion for Summary

Judgment shall be filed no later than January 26, 2015.

      **DONE AND ORDERED** at Tampa, Florida, on December 11, 2014.


                           s/*Richard A. Lazzara*
                           **RICHARD A. LAZZARA**
                           **UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record